# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| BRADY MISNER, | ) | Case No. 2:23-cv-04122 |
| | ) | |
| Plaintiff, | ) | JUDGE EDMUND A. SARGUS, JR. |
| | ) | |
| v. | ) | MAGISTRATE JUDGE KIMBERLY A. JOLSON |
| | ) | |
| AMAZON.COM SERVICES, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## STIPULATED DISMISSAL WITH PREJUDICE

By stipulation of the undersigned counsel, it is hereby agreed that this action be dismissed in its entirety, with prejudice. Each party shall bear its own attorneys' fees and costs. The Court retains jurisdiction to enforce the terms of the settlement agreement.

Dated this 25 day of July, 2024.

| | |
|---|---|
| */s/Trisha M. Breedlove* | */s/Colleen Koehler* (email approval 7/24/24) |
| Trisha M. Breedlove (0095852) | Jennifer B. Orr (#0084145) |
| **SPITZ, THE EMPLOYEE'S LAW FIRM** | LITTLER MENDELSON, P.C |
| 1103 Schrock Road, Suite 307 | jorr@littler.com |
| Columbus, Ohio 43229 | Key Tower |
| Telephone: (614) 556-4811 | 127 Public Square, Suite 1600 |
| Facsimile: (216) 291-5744 | Cleveland, OH 44114-9612 |
| trisha.breedlove@spitzlawfirm.com | Telephone: 216.696.7600 |
| *Counsel for Plaintiff* | Facsimile: 216.696.2038 |
| | jorr@littler.com |
| | |
| | Colleen Koehler (#0090728) |
| | 41 South High Street, Suite 3250 |
| | Columbus, OH 43215 |
| | Telephone: 614.463.4243 |
| | Facsimile: 614.559.6655 |
| | ckoehler@littler.com |
| | |
| | *Counsel for Defendant Amazon.com Services LLC* |